# United States Court of Appeals
# for the Federal Circuit

_____

**GAMBIT CLYDE SHREVE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

_____

2012-7077

_____

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3629, Judge Lawrence B. Hagel.

_____

**JUDGMENT**

_____

THOMAS R. BENDER, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, Rhode Island, argued for claimant-appellant. Of counsel was ZACHARY M. STOLZ.

MICHAEL S. MACKO, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and JONATHAN E. TAYLOR, Attorney, United States Department of Veterans Affairs, of Washington, DC.

_____

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (PROST, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2013          /s/ Jan Horbaly
      Date             Jan Horbaly
                     Clerk